# SWANSON, MARTIN & BELL, LLP

ATTORNEYS AT LAW
330 NORTH WABASH • SUITE 3300
CHICAGO, ILLINOIS 60611
(312) 321-9100 • FAX (312) 321-0990
Writer's Direct Dial: (312) 222-8519
jarranz@smbtrials.com

June 11, 2012

**VIA THE ECF FILING SYSTEM**
Clerk of the Court
Eastern District of Wisconsin
Green Bay Division
Jefferson Court Building
125 S. Jefferson St., Rm. 102
Green Bay, Wisconsin 54301

    RE: *Lloyd Anderson v. A.W. Chesterston Company, et al.*
          **Cause No. 11-CV-61**

Dear Clerk:

    I represent Defendant The Procter & Gamble Paper Products Company in the above titled action. The name of my client was incorrect as contained in the Complaint (Plaintiff incorrectly named "The Procter & Gamble Company"). The correct name of my client is "The Procter & Gamble Paper Products Company" and I, along with Margaret O. Byrne, represent The Procter & Gamble Paper Products Company.

    I hereby request that the Office of the Clerk correct the party name on the docket in case number 11-cv-61 from the incorrect "The Procter & Gamble Company" to the correct "The Procter & Gamble Paper Products Company".

    I thank you for all your assistance in this matter and ask that you please contact me should you have any questions.

                                        Very truly yours,

                                        SWANSON, MARTIN & BELL, LLP

                                        /s/ John P. Arranz

                                        John P. Arranz

Enclosures

cc: Michael P. Cascino (Cascino Vaughn Law Office) – *via e-mail*

2525 CABOT DRIVE • SUITE 204 • LISLE, ILLINOIS 60532 • (630) 799-6900 • FAX (630) 799-6901
1860 WEST WINCHESTER ROAD • SUITE 201 • LIBERTYVILLE, ILLINOIS 60048 • (847) 949-0025 • FAX (847) 247-0555
415 WASHINGTON STREET • SUITE 1B • WAUKEGAN, ILLINOIS 60085 • (847) 949-0025 • FAX (847) 247-0555

Case 1:11-cv-00061-WCG  Filed 06/11/12  Page 1 of 1  Document 53