IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BEVERLY ANDERSON, individually and as Special )
Administrator of the ESTATE OF LLOYD )
ANDERSON, deceased, )
)
                      Plaintiff, )
) Case No. 11-CV-63482
v. )
) Transfer from WI-ED 11 CV-0061
THE PROCTOR & GAMBLE COMPANY, )
)
                      Defendant. )

**STIPULATION REGARDING THE RECORD PURSUANT TO MDL RULE 10.4(a)**

      Now Comes Defendant, The Procter and Gamble Paper Products Company, and submits this Stipulation regarding the completeness of the record as transmitted to the Eastern District of Wisconsin.

      1.    Following a review of the docket sheet provided by the Clerk for the Eastern District of Pennsylvania, it appears that the docket accurately reflects all documents filed in this matter. As all documents were filed with the Court, it is anticipated that the Clerk will provide all documents to the Eastern District of Wisconsin.

      2.    Counsel will make any document referenced in the docket for this matter available upon request.

      3.    Further, pursuant to the Order entered by Judge Robreno, Document Number 344, Defendant requests that the Eastern District of Wisconsin set Defendant, The Procter & Gamble Paper Products Company's, Amended Motion for Summary Judgment (Document Number 334) for hearing as soon as is practically possible. This motion is fully briefed (Plaintiff's Response is contained in Document Numbers 290-94 and Defendant's Reply in Document Number 303).

4. Upon request, courtesy copies of the Amended Motion for Summary Judgment and related documents will be provided to the Court.

Respectfully submitted,

By: /s/ John P. Arranz
John P. Arranz
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
jarranz@smbtrials.com
Attorney for Defendant
The Procter & Gamble Paper Products Company

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2012, I electronically filed The Procter & Gamble Paper Products Company's Stipulation Regarding the Record Pursuant to MDL Rule 10.4(a) with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

By: /s/ John P. Arranz
John P. Arranz
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
jarranz@smbtrials.com
Attorney for Defendant
The Procter & Gamble Paper Products Company