# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**BEVERLY ANDERSON**,

                        Plaintiff(s),

    v.

                                            FINAL PRETRIAL CONFERENCE

**THE PROCTOR & GAMBLE COMPANY**,                  Case No. 11-C-61

                        Defendant(s).

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Tape: 100113 |
| Deputy Clerk: Amanda | Hearing Began: 3:00 p.m. |
| Proceeding Held: October 1, 2013 | Hearing Ended: 6:04 p.m. |

**Appearances:**

    **Plaintiff(s):**    Robert McCoy

    **Defendant(s):**    Margaret Byrne, John Arranz

---

The trial was originally scheduled for 15 days; the parties informed the court that they anticipate the trial to last approximately 10 days.

Defendant would like to discuss privately with the court about a settlement agreement. The parties agree to individually discuss settlement options in chambers.

3:03 p.m. Court goes off the record
4:36 p.m. Court resumes

The court orders that [100] Motion to Compel is DENIED.

[92] Plaintiff's Motions in Limine:
1-3:   Granted
4-5:   Denied
6:     The court holds matter under advisement
7:     Granted
8:     Granted in part and denied in part
9-10: Granted
11:    Denied
12:    Granted
13-17: Denied
18-23: Granted

[90] Defendant's Motions in Limine:
1: Defers ruling and will reconsider it's previous decision

2: Finding as moot
3: Denied
4: Defers ruling
5: Granted
6: Court and parties did not address
7: Granted
8: Denied
9: Granted
10: Denied
11- 13: Granted
14: Denied
15-17: Granted
18: Grant in part, deny in part
19: Denied
20-22: Granted, enforce stipulation

Plaintiff requests to submit the deposition of Ed Frederick in excess of five pages. The court GRANTS this request.

Judge will give the defendant a reposed decision by the end of the week.

The jury will consist of 8; fifty jurors will be on the panel.

The court advises the parties that it will recess by 1 p.m. on October 24, 2013.