# CASCINO VAUGHAN LAW OFFICES, LTD

MICHAEL P. CASCINO (IL)
ALLEN D. VAUGHAN (IL)
ROBERT G. McCOY (WI, IL)
JIN-HO CHUNG (IL)
ADAM M. MERGENTHALER (IL)
JAMES N. HOEY (IL)

**220 SOUTH ASHLAND
CHICAGO, ILLINOIS
60607-5308
312-944-0600
312-944-1870 FAX
www.cvlo.com**

OF COUNSEL
MICHAEL A. POLLACK (WI)

October 16, 2013

The Honorable William C. Griesbach
United States District Court
Eastern District of Wisconsin
Green Bay Division
Jefferson Court Building
125 S. Jefferson St., Rm. 203
Green Bay, WI 54301-4541

Re: *Anderson v. Procter & Gamble*, 11-C-61

Dear Judge Griesbach:

Plaintiff is in receipt of the notice setting up a telephone status conference for October 18, 2013 at 10:00 am. As part of the conference, plaintiff requests hearing, if possible, Procter & Gamble's objections to plaintiff's designations of the depositions of plaintiff expert Dr. Arnold Brody and decedent Lloyd Anderson. The rulings are needed to edit the videos of the witnesses over the weekend. Plaintiff plans to play the videos to the jury on Monday, October 21, 2013.

Plaintiff expects that discussion of the Dr. Brody objections can be handled in less than thirty minutes. The transcript of Dr. Brody's deposition and P&G designations and objections to Lloyd Anderson deposition were just received yesterday. Marked up copies of the transcripts showing designations and objections will be efiled and courtesy copies will be delivered to the court tomorrow.

If the hearing cannot occur at 10:00 am Friday, plaintiff requests the court set another time before the weekend if possible.

Very truly yours,

*[signature]*
Robert G. McCoy